## S13Y1031. IN THE MATTER OF LYNN McNEESE SWANK.
### (742 SE2d 739)

PER CURIAM.

This disciplinary matter is before the Court on the petition of Lynn McNeese Swank (State Bar No. 498450) for voluntary surrender of her license, which she filed in anticipation of the entry of a guilty plea to perjury in the Superior Court of Fulton County on March 28, 2013. The Court previously accepted her petition for voluntary suspension of her license during the pendency of the criminal charges. *In the Matter of Swank*, 288 Ga. 479 (704 SE2d 807) (2011).

---

Swank, who was admitted to the Bar in 1975, admits that by her conviction she will have violated Rule 8.4 (a) (2), of the Georgia Rules of Professional Conduct found in Bar Rule 4-102 (d). The maximum penalty for a violation of Rule 8.4 (a) (2) is disbarment. The State Bar has filed a response recommending that the Court accept the petition and stating its belief that it is in the best interests of the public and the profession for this Court to accept Swank's petition.

We have reviewed the petition and agree to accept Swank's petition for the voluntary surrender of her license, which is tantamount to disbarment. Accordingly, the name of Lynn McNeese Swank is hereby removed from the rolls of persons entitled to practice law in the State of Georgia. Swank is reminded of her duties under Bar Rule 4-219 (c).

*Voluntary surrender of license accepted. All the Justices concur.*

DECIDED MAY 6, 2013.

*Paula J. Frederick, General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar*, for State Bar of Georgia.

